B3B (Official Form 3B) (11/12)-- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Linda K Rocque__                                          Case No.   _13-80661_

_____
                                    Debtor(s)          Chapter   _7_____

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

☐ GRANTED.

> This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED.

> The debtor shall pay the chapter 7 filing fee according to the following terms:
>
> $76.50 on or before _3-28-2013_
> $76.50 on or before _4-29-2013_
> $76.50 on or before _5-28-2013_
> $76.50 on or before _6-28-2013_
>
> Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
>
> IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

> A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on ___ at ___ _.m. at ___. (address of courthouse)
>
> IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE:   **MAR 11 2013**

BY THE COURT:   _____
                United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

RE:    Linda K Rocque, Case no. 13-80661


    I certify that on March 11, 2013 I caused a copy of the attached **Order On Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed via the Court's electronic notification system or via  First Class Mail(**):

Linda K Rocque **
907 N 2nd St #104
Rochelle, IL 61068-1735


Stephen A Clark
Stephen A. Clark, Attorney at Law
151 N 4th St #2
DeKalb, IL 60115-3372


Stephen G Balsley
Barrick, Switzer, Long, Balsley, etal
6833 Stalter Drive
Rockford, IL 61108


Patrick S. Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715


_____
**Mimi Kuczynski, Courtroom Deputy**